UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
JOSE ANTONIO AVILA, PRISCILIANO
AVILA, Individually and on behalf of others
similarly situated,

               Plaintiffs,

       - against -

CLASSIC KOSHER FOODS INC., (D/B/A
CLASSIC KOSHER FOODS), JACOB
FEUEREISEN (AKA YAAIKOV
FAVEREITSEN)

               Defendants.
------------------------------------------------------------ x

**ORDER**
Case No. 20-cv-2120 (RJD) (JO)

DEARIE, District Judge

      There being no objections to Magistrate Judge Orenstein's *sua sponte* Report & Recommendation dated September 23, 2020, recommending that the parties' settlement agreement should be approved with the modification that the amount of fees to Plaintiffs' counsel be $6,730, the Court adopts the Report & Recommendation in its entirety.

SO ORDERED.

Dated:  Brooklyn, New York
         October 14, 2020

                                              /s/ Raymond J. Dearie
                                              RAYMOND J. DEARIE
                                              United States District Judge